THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
 Roshell Frierson,       
 Appellant.
 
 
 

Appeal From Marion County
John M. Milling, Circuit Court Judge

 Unpublished Opinion No. 2003-UP-124
Submitted January 13, 2003 - Filed February 18, 2003 

AFFIRMED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia,
for appellant. 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John 
 W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, Senior Assistant 
 Attorney General William Edgar Salter, III, of Columbia; and Solicitor Edgar 
 Lewis Clements, III, of Florence; for respondent. 
 
 
 

PER CURIAM: Roshell Frierson appeals his convictions for three 
 counts of murder, two counts and assault and battery with intent to kill, first 
 degree burglary, conspiracy, and possession of a weapon during the commission 
 of a violent crime, arguing the trial court erred in explaining to the jury 
 that the law requires references to a defendant in a jointly-tried co-defendant=s 
 statement be redacted when the co-defendant does not testify. 
We affirm pursuant to Rule 220(b)(2), SCACR, and the following authorities: 
 State v. Carriker, 269 S.C. 553, 555, 238 S.E.2d 678, 678 (1977) ("The second 
 point [of error] is not before this Court because appellant's counsel made no 
 objection on this point at trial. While appellant's co-defendant did object, 
 the appellant may not utilize the objection of another defendant to gain
review."); 
 State v. Brannon, 347 S.C. 85, 89, 552 S.E.2d 773, 775 (Ct. App. 2001) (stating 
 that an "appellant may not bootstrap an issue for appeal by way of a
co-defendant's objection"); State v. Hoffman, 312 S.C. 386, 393, 440 S.E.2d 869, 873 (1994)
("The issue which is not properly preserved cannot be raised for the first time 
 on appeal."). 
AFFIRMED. 
GOOLSBY, HUFF, and SHULER, JJ., concur.